IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FERDELL BAKER,**

    **Petitioner,**

**v.**                                                             Case No. 1:25-cv-6-AW-ZCB

**STATE OF FLORIDA, et al.,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Ferdell Baker petitioned for a writ of habeas corpus, challenging his detention in a pending state criminal case. ECF No. 1. The magistrate judge recommends dismissal without prejudice and denial of a certificate of appealability. ECF No. 9. Petitioner objected to the report and recommendation, ECF Nos. 10, 11, and moved to change venue, ECF No. 12.

Having considered the report and recommendation, and having considered de novo the issues raised in Baker's objections, I have determined the report and recommendation should be adopted.[1]

---

[1] When a court concludes *Younger* abstention is appropriate, it should stay rather than dismiss if the petitioner seeks relief that is unavailable in the state proceeding. *See Deakins v. Monaghan*, 484 U.S. 193, 202 (1988). Here, Baker seeks release from custody, a remedy available in the state court. And his requests for damages are not cognizable in a habeas case, as the magistrate judge noted. *See* ECF No. 9 at 3 n.2. Therefore, I agree with the magistrate judge that dismissal—and not a stay—is appropriate.

1

It is now ORDERED:

1. The report and recommendation, ECF No. 9, is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on *Younger* abstention."

3. A certificate of appealability is DENIED.

4. The motion for change of venue (ECF No. 12) is DENIED.

5. The clerk will close the file.

SO ORDERED on April 16, 2025.

                                              s/ *Allen Winsor*
                                              United States District Judge